IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH HAHN, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>RASH CURTIS & ASSOCIATES, and DOES 1 through 10, and each of them,<br><br>   Defendant. | No. C 15-02915 WHA<br><br>**ORDER DENYING REQUEST TO APPEAR BY TELEPHONE** |

Plaintiff's attorney seeks to appear by telephone at the initial case management conference in the above-captioned matter, which is scheduled for September 24 at 11:00 a.m., as he has a deposition for an upcoming trial that cannot be rescheduled, which starts at 3:00 p.m. the same day. There are two attorneys identified as plaintiff's counsel in the pleadings. The other attorney may appear at the case management conference. Plaintiff's motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 9, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE