**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LEAH HAHN, Individually and behalf of all other similarly situated,** | Case No.: 4:15-cv-02915 WHA |
| Plaintiffs, | **ORDER** |
| vs. | |
| **RASH CURTIS & ASSOCIATES; and DOES 1 to 20, INCLUSIVE,** | |
| Defendants. | |

IT IS HEREBY ORDERED that the Settlement Conference schedule for Friday, February 19, 2016 has been vacated since the Parties have settled this matter and a Notice of Settlement has been Filed.

Dated this <u>17th</u> day of February, 2016

_____
The Honorable Magistrate Judge Donna M. Ryu

*IT IS SO ORDERED*
*Judge Donna M. Ryu*