# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEAH HAHN, Individually and behalf of all other similarly situated,** | ) Case No. 4:15-cv-02915 ~~DMR~~  WHA |
| **Plaintiffs,** | ) **ORDER** RE STIPULATED DISMISSAL |
| vs. | ) |
| **RASH CURTIS & ASSOCIATES; and DOES 1 to 20, INCLUSIVE,** | ) |
| **Defendants.** | ) |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss the individual claims with prejudice and the putative class claims without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

Dated this __20__ day of June 2016.

                                                      The Honorable William ~~H.~~ Aslup